UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERMITA ATKINS,

    Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

_____/

No. C 10-0180 PJH

**ORDER VACATING HEARING DATE; SETTING BRIEFING SCHEDULE**

The June 2, 2010 hearing on defendant's April 22, 2010 motion to strike plaintiff's first amended complaint is VACATED, and the court will decide the matter on the papers. Plaintiff is ORDERED to file and serve her opposition **no later** than **May 13, 2010.** Defendant's reply, if any is due **May 27, 2010.**

Additionally, both parties are reminded that they are required to comply with Civil L.R. 5-1(b) and provide a chambers copy of all documents electronically filed no later than noon the day after the document is filed.

**IT IS SO ORDERED.**

Dated: April 26, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge