1  JOSEPH P. RUSSONIELLO
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   JACOB M. MIKOW, CSBN 238045
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California 94105
6     Telephone:  (415) 977-8976
      Facsimile:  (415) 744-0134
7     E-Mail: jacob.mikow@ssa.gov

8  Attorneys for Defendant

9                   UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                         OAKLAND DIVISION

12

13 ERMITA C. ATKINS,           )
                               )   CIVIL NO. 4:10-CV-00180-PJH
14     Plaintiff,             )
                               )   STIPULATION AND ORDER TO
15     v.                     )   EXTEND TIME
                               )
16 MICHAEL J. ASTRUE,          )
   Commissioner of             )
17 Social Security,            )
                               )
18     Defendant.             )
   _____)

19

20       The parties, through their respective counsel, stipulate that the time for Defendant to respond to
21 Plaintiff's (1) Motion to Amend Complaint and Memorandum in Support (Doc. No. 42) and (2)
22 Memorandum in Opposition to Defendant's Motion to Dismiss (Doc. No. 44) be extended from August
23 2, 2010, to August 16, 2010.
24       This is Defendant's first request for an extension of time to respond to Plaintiff's motion and
25 opposition.  Defendant needs the additional time to further evaluate the possibility of remand, locate
26 records, and address the issues presented in this case.
27       Defendant apologies to the Court for not filing this stipulation sooner.
28 ///

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated: July 29, 2010 | */s/ Ian M. Sammis\** <br> IAN M. SAMMIS <br> Attorney for Plaintiff <br> (* as authorized by Ian M. Sammis on July 29, 2010, in a phone call with Jacob M. Mikow) |
| Dated: July 29, 2010 | JOSEPH P. RUSSONIELLO <br> United States Attorney <br> LUCILLE GONZALES MEIS <br> Regional Chief Counsel, Region IX <br> Social Security Administration |
| | */s/ Jacob M .Mikow* <br> JACOB M. MIKOW <br> Special Assistant U.S. Attorney |

**IT IS SO ORDERED:**

Dated: 8/10/10

_____
THE HON. _____ HAMILTON
United _____

IT IS SO ORDERED
Judge Phyllis J. Hamilton

2