# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

ERMITA ATKINS,

    Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

_____/

No. C 10-0180 PJH

**JUDGMENT**

Pursuant to the order entered today, this case is REMANDED to the Commissioner for further proceedings under sentence four of 42 U.S.C. § 405(g).  This constitutes a final judgment and closes the case and terminates all pending motions.

**IT IS SO ORDERED.**

Dated: April 7, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge